United States District Court
Southern District of Texas

**ENTERED**

March 22, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HUGO BALDERAS | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | MISC. ACTION NO. 7:07-MC-074 |
| | § | |
| DRUG ENFORCEMENT | § | |
| ADMINISTRATION | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING RELIEF**

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding

Plaintiff Hugo Balderas's "Petition for Return of Personal Property in U.S. Currencies." (Docket

No. 1.)  After having reviewed the said Report and Recommendation, the Court is of the opinion

that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in

United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as

Docket Entry No. 6 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and

Recommendation of United States Magistrate Judge Nadia S. Medrano, is of the opinion that the

"Petition for Return of Personal Property in U.S. Currencies" (Docket No. 1) should be

**DENIED** and that this action should be **DISMISSED** for failure to prosecute.

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendant.

SO ORDERED March 21, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge